## Silver Creek Coal Company, Appellant, v. Bulk Service Stations, Inc., Appellee.

### Gen. No. 42,848.

Heard in the third division, first district, this court at the October term, 1943; opinion filed November 7, 1945; rehearing denied November 26, 1945; released for publication November 27, 1945. Daniel L. Madden, for appellant; Edward McTiernan, of counsel; Bippus, Rose, Burt & Pierce, for appellee; S. T. McCray, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.